United States District Court
Southern District of Texas
ENTERED

JUL 29 1998 0/JLS

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORIGINAL
36

06 23 98

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 28 1998
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FELIX ENRIQUE MOLINA AND MARTHA AMALIA MOLINA INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CLAUDIA MOLINA <br><br> VS. <br><br> SRI PUNJABI, JYOTI PUNJABI SUNIL PUNJABI, SUNITA PUNJABI TREVINO, JEWELRY EXPRESS, INC. TEXAS LINX CORP., LA FRANCE SATYA, INC., AND FIRE SIDE INN, INC. | § § § § § § § § § § § § § § CIVIL ACTION NO. B-97-053 |

## ORDER GRANTING MOTION FOR DESIGNATION OF ATTORNEY OF RECORD

On this day, the Motion of **JOSEPH L. SEGRATO** of the Law Firm of **THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.** to be designated as Attorney of Record and **DALE S. KASOFSKY** of the Law Firm of **THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.**, to appear as well for the Defendant, **JYOTI PUNJABI**, and to withdraw **JYOTI PUNJABI** as representing herself pro se, was presented to the Court, and the Court being of the opinion that the same should be GRANTED, it is accordingly.

ORDERED by the Court that **JOSEPH L. SEGRATO** of the Law Firm of **THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.** is hereby designated as Attorney of Record and **DALE S. KASOFSKY** of the Law Firm of **THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.**, to appear as well for the Defendant, **JYOTI PUNJABI**, in the above

entitled and numbered cause.

Signed this 28th day of July, 1998.

_____
JUDGE PRESIDING