39

United States District Court
Southern District of Texas
ENTERED
JUL 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 28 1998
Michael N. Milby, Clerk

FELIX ENRIQUE MOLINA, ET AL       *

VS                                *   C.A. NO. B97 053

SRI PUNJABI, ET AL                *

## ORDER SETTING CONFERENCE

The above-captioned and numbered cause of action is hereby set for a status conference on Thursday, August 20, 1998, at 9:30 am.

DONE at Brownsville, Texas, this 28th day of July, 1998.

Fidencio G. Garza, Jr
United States Magistrate Judge
3rd Floor Courtroom
1001 E. Elizabeth
Brownsville, TX  78520