United States District Court
Southern District of Texas
ENTERED

AUG 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

41

ORIGINAL

D26753/2070     DSK:vt

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 27 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| FELIX ENRIQUE MOLINA <br> AND MARTHA AMALIA MOLINA <br> INDIVIDUALLY AND ON BEHALF OF <br> THE ESTATE OF CLAUDIA MOLINA <br><br> VS. <br><br> SRI PUNJABI, JYOTI PUNJABI <br> SUNIL PUNJABI, SUNITA PUNJABI <br> TREVINO, JEWELRY EXPRESS, INC. <br> TEXAS LINX CORP., LA FRANCE <br> SATYA, INC., <br> AND FIRE SIDE INN, INC. | § <br> § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. B-97-053 <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER DENYING MOTION TO TRANSFER VENUE WITHOUT PREJUDICE

On this the 20th day of August, 1998, came on to be considered Defendants, JYOTI PUNJABI's Motion to Transfer Venue and SUNITA PUNJABI'S Motion to Transfer Venue and after hearing the evidence, arguments of counsel and examining the pleadings, is of the opinion that said Defendants' Motions to Transfer Venue should be DENIED without prejudice to renew.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' Motions to Transfer Venue are hereby denied without prejudice to renew.

SIGNED ONE THIS THE 27th day of August, 1998.

_____
JUDGE PRESIDING