51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

FELIX ENRIQUE MOLINA, ET AL        *

VS                                 *   C.A. NO. B97 053

SRI PUNJABI, ET AL                 *

## ORDER SETTING HEARING
## ON PENDING MOTIONS

A hearing on pending motions in above-captioned and numbered cause of action is hereby set for Friday, March 26, 1999, at 2:00 p.m.

DONE at Brownsville, Texas, this 2nd day of March, 1999.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520
956/548-2570