lmv



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIX ENRIQUE MOLINA, ET AL      *
                                          *
VS                                     *   C.A. NO. B97 053
                                          *
SRI PUNJABI, ET AL                *

## ORDER RE-SETTING HEARING

The hearing on pending motions and the final pretrial and settlement conference set for March 26, 1999, in above-captioned and numbered cause of action is hereby reset to **April 15, 1999, at 2:00 p.m.**

DONE at Brownsville, Texas, this 25th day of March, 1999.

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX 78520