# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

APR 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELIX ENRIQUE MOLINA | § § | |
| VS. | § | CIVIL ACTION NO. B-97-053 |
| SRI PUNJABI, ET AL. | § § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ALL PENDING MOTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**APRIL 28, 1999 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 16, 1999

TO:     MR. DENNIS M. SANCHEZ
        MR. JOSEPH L. SEGRATO
        MS. SUNITA PUNJABI TREVINO
        MR. ROGER HUGHES
        MR. MARK KOSANOVICH