58

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 25 1999
Michael N. Milby, Clerk of Court

| | |
|---|---|
| FELIX ENRIQUE MOLINA § | |
| AND MARTHA AMALIA MOLINA § | |
| INDIVIDUALLY AND ON BEHALF OF § | |
| THE ESTATE OF CLAUDIA MOLINA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-053 |
| § | |
| SRI PUNJABI, JYOTI PUNJABI, § | |
| SUNIL PUNJABI, SUNITA PUNJABI § | |
| TREVINO, JEWELRY EXPRESS, INC., § | |
| TEXAS LINK CORP., LA FRANCE, INC., § | |
| SATYA, INC., AND FIRE SIDE INN, INC. § | |

**ORDER GRANTING IN PART DEFENDANTS' JYOTI PUNJABI AND
SUNITA PUNJABI TREVINO MOTIONS TO TRANSFER VENUE**

Upon consideration of Defendants' Jyoti Punjabi and Sunita Punjabi Trevino Motions to Transfer Venue, it is the opinion of this court that said Motions should be granted in part.

It has become evident to this Court that the only connection to the Brownsville Division of the Southern District of Texas is the location of Plaintiffs' counsel. This Court feels that because the series of events preceding the death that is the basis of this lawsuit occurred in Laredo, Texas, the convenience of non-party witnesses would best be served by transferring the case to said Division.

While this Court feels that venue is proper in the Southern District of Texas, in the interest of justice venue should be and is hereby transferred to the Laredo Division. SO ORDERED.

SIGNED on this the 25th day of June 1999 at Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge